UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| VELDER O. WILLIAMS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RESTAURANTS, INC., dba HUHOT MONGOLIAN GRILL,<br><br>　　　　Defendants. | Civil No. 16-4091-LLP<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

It is hereby stipulated by and between the parties hereto, through their respective attorneys, that the above-entitled action may be dismissed on its merits, with prejudice, and without costs to either party.

Dated this _26_ day of ~~November~~ January, 201_7_.

　　　　　　　　　　　　　　　CADWELL, SANFORD, DEIBERT & GARRY, LLP


By: _____
　　　Stephen C. Landon
　　　200 E. 10th Street, Suite 200
　　　P.O. Box 2498
　　　Sioux Falls, SD 57101
　　　(605) 336-0828
　　　*Attorneys for Plaintiff*

1

Dated this 30th day of ~~November 2016.~~ January, 2017

LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

By: _____
Cheri S. Raymond
P.O. Box 2700
Sioux Falls, SD  57101-2700
605-332-5999
*Attorneys for Defendant*

2