UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
FEB 0 6 2017

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| VELDER O. WILLIAMS, | CIV 16-4091 |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| RESTAURANTS, INC., c/b/a HuHot Mongolian Grill, | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Joint Stipulation of Dismissal, Doc. 19, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint and causes of action are hereby dismissed on the merits, with prejudice, each party to bear his or its own costs and fees.

Dated this 6th day of February, 2017.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
Deputy